IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC,
A PLAN TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS COMPANY, LLC, and
PRINCIPAL LIFE INSURANCE COMPANY,

    Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Principal Life Insurance Company's **Motion for Leave to Attend Initial Scheduling Conference Set for August 30, 2011 by Telephone** [Docket No. 18; Filed August 23, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Defendant Principal Life Insurance Company may appear by telephone at the Scheduling Conference on August 30, 2011, at 10:00 a.m.  Counsel shall call Chambers at (303) 335-2770 at the designated time.

    Dated:  August 25, 2011