**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

       Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC;
A PLAN DESIGNED TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS COMPANY, LLC; and
PRINCIPAL LIFE INSURANCE COMPANY,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendants Beverage Distributors' Unopposed Motion for Leave to Amend Answer (Doc 30 - filed October 14, 2011) is **GRANTED**.  The tendered First Amended Answer is accepted for filing.

       Plaintiff has filed a Motion for Leave to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (Doc 31 - filed October 14, 2011).  Defendants have **up to and including November 7, 2011** to file a response.  Plaintiff has **up to and including November 21, 2011** to file a reply.

Dated:   October 17, 2011
_____