**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

      Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC;
A PLAN DESIGNED TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS COMPANY, LLC; and
PRINCIPAL LIFE INSURANCE COMPANY,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Second Unopposed Motion for Extension of Time to File Response in Opposition to Defendant's Motion for Judgment on the Pleadings (Doc 43 - filed December 5, 2011) is **GRANTED up to and including December 6, 2011**.

      Plaintiff's Unopposed Motion to Accept Reply Brief Out of Time (Doc 44 - filed December 5, 2011) is **GRANTED**.  Plaintiff's Reply in Support of Motion for Leave to Amend Complaint, filed December 3, 2011 (Doc 42) is accepted as timely filed.

Dated:   December 7, 2011
_____