IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

　　　　Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC,
A PLAN TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS
COMPANY, LLC, and
PRINCIPAL LIFE INSURANCE COMPANY,

　　　　Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on the parties' **Stipulation for Entry of Revised Scheduling Order** [Docket No. 52; Filed January 30, 2012] (the "Stipulation").

　　　　IT IS HEREBY **ORDERED** that the Stipulation is **GRANTED** as follows.  The parties may file a motion requesting the entry of a revised scheduling order as to the state law claims at issue, including proposed dates and deadlines, once the District Judge has resolved the pending Motion to Dismiss [#5] and Motion to Amend [#31].

　　　　The deadlines regarding the ERISA claims remain as set in the Scheduling Order entered August 30, 2011 [#23].

　　　　Dated:  January 31, 2012