**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

       Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC;
A PLAN DESIGNED TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS COMPANY, LLC; and
PRINCIPAL LIFE INSURANCE COMPANY,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Withdraw as Counsel of Record (Doc 67 - filed May 25, 2012) is **GRANTED**.  Allison R. Cohn is allowed to withdraw as counsel for Defendants Beverage Distributors.  Defendants Beverage Distributors will continue to be represented by Darren E. Nadel of Littler Mendelson, P.C.

Dated:   May 29, 2012
_____