IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC,
A PLAN TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS COMPANY, LLC, and
PRINCIPAL LIFE INSURANCE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Third Unopposed Motion for Extension of Time to Respond to Defendant Beverage Distributors Company, LLC's First Set of Discovery Requests** [Docket No. 77; Filed July 25, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall respond to Defendant Beverage Distributors Company, LLC's First Set of Discovery Requests on or before **July 30, 2012**.

    Dated:  July 26, 2012