IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-01407-LTB-KLM

DENVER HEALTH AND HOSPITAL AUTHORITY,

      Plaintiff,

v.

BEVERAGE DISTRIBUTORS COMPANY, LLC, a Colorado limited liability company;
A PLAN DESIGNED TO PROVIDE SECURITY FOR EMPLOYEES OF BEVERAGE DISTRIBUTORS COMPANY, LLC; and
PRINCIPAL LIFE INSURANCE COMPANY,

      Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss State Law Claims With Prejudice (Doc 83 - filed August 7, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that the remaining claims in this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

IT IS FURTHER ORDERED that Judgment shall enter against Plaintiff DHHA, in favor of Beverage, and in favor of Principal Life on the claims raised by DHHA pursuant to this Court's Memorandum Opinion and Order entered February 8, 2012 (Doc 55).

                BY THE COURT:


                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: August 8, 2012